# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                                              Case Number: 1:17-cr-20154-STA

**BRIAN BLACK**

## ORDER GRANTING MOTION TO CONTINUE SENTENCING AND NOTICE OF RESETTING

**THIS MATTER** came on to be heard upon the Defendant's Motion to Continue Sentencing. It would appear unto this Court that for good cause shown, said motion should be granted. The Sentencing for the Defendant on September 18, 2018 at 10:00 a.m. is hereby continued until **Friday, November 2, 2018 at 9:00 a.m.**

**IT IS SO ORDERED** this 5th day of September, 2018

s/S. Thomas Anderson
CHIEF U.S. DISTRICT COURT JUDGE