# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-20154-STA |
| ) | |
| BRIAN BLACK, ) | |
| ) | |
| ) | |
| Defendant. ) | |

## ORDER CONTINUING SENTENCING HEARING
## AND NOTICE OF RESETTING

The Sentencing date in this matter is currently set for November 2, 2018 before Chief Judge S. Thomas Anderson. The Sentencing date in the above styled matter is hereby reset to **November 27, 2018 at 9:00AM** before Chief Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 19th day of October, 2018.

s/ S. Thomas Anderson
Chief United States District Court Judge