# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

**UNITED STATES OF AMERICA**

vs.                          Case Number: 1:17-cr-20154

**BRIAN BLACK**

## ORDER GRANTING IN PART MOTION TO CONTINUE SENTENCING

**THIS MATTER** came on to be heard upon the Defendant's Motion to Continue Sentencing. It would appear unto this Court that for good cause shown, said motion should be granted; however, the Court is not inclined to reset the hearing in February 2019, as requested by Defendant. The sentencing hearing for Defendant currently set for November 27, 2018 at 9:00 a.m. is hereby continued until Thursday, December 27th at 9:00 a.m.

The Court notes this is the third continuance of Defendant's sentencing. No further continuances will be granted absent extraordinary circumstances.

**IT IS SO ORDERED** this 14th day of November, 2018.

                                                s/ S. Thomas Anderson
                                                CHIEF UNITED STATES DISTRICT JUDGE